IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Ekim Otucu,

Plaintiff,

vs.

Verra Mobility Corporation, et al.,

Defendants.

No. CV-26-03973-PHX-SPL

**ORDER**

Before the Court is the parties' Joint Motion for Stay of Response Deadlines Pending Appointment of Lead Plaintiff (Doc. 11), wherein the parties ask the Court to stay the deadline for Defendants to respond to the Complaint until the Court has resolved the Motion to Appoint Lead Plaintiff. Having considered this request,

**IT IS ORDERED** that the Joint Motion (Doc. 11) is **granted as modified**. The deadline for Defendants to answer or otherwise respond to the Complaint is **stayed** pending the Court's appointment of a Lead Plaintiff and Lead Plaintiff's counsel in this matter.

///

///

///

///

///

///

**IT IS FURTHER ORDERED** that if the Movant's Motion (Doc. 12) is granted

and a new Lead Plaintiff is appointed, the new Lead Plaintiff must file an Amended Complaint **fourteen (14) days** from the date of the Court's Order. If the Movant's Motion is denied, Defendants will have **fourteen (14) days** from the date of the Court's Order to answer or otherwise respond to the Complaint.

Dated this 10th day of August, 2026.

Honorable Steven P. Logan
United States District Judge